UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIENVENIDO ONG,<br><br>                              Plaintiff,<br><br>          -against-<br><br>HONOR SHELTER,<br><br>                              Defendant. | 25-CV-2124 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated March 28, 2024, the Court directed Plaintiff, within 30 days, to submit a signed signature page of his complaint. That order specified that failure to comply would result in dismissal of the complaint. The clerk's office mailed that order to Plaintiff at two different addresses, and both times the order was returned as undeliverable. Plaintiff has not filed the signature page as directed or otherwise communicated with the Court. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   July 28, 2025
            New York, New York

                                                    /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                            Chief United States District Judge